IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL KLENK, | : | CASE NO: 2:17-cv-534 |
| Plaintiff, | : | Chief Judge Edmund A. Sargus |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| DHAIRYA KIKANI, HEALTH NET FEDERAL SERVICES, LLC, JOHN DOE INSURANCE COMPANY NUMBER 1, AND JOHN DOE INSURANCE COMPANY NUMBER 2, | : : : | |
| Defendants. | : | |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST
DEFENDANT HEALTH NET FEDERAL SERVICES, LLC.**

Pursuant to Civ. R. 41(a)(1)(A)(i), Plaintiff Michael Klenk hereby gives notice of dismissal of all claims against Defendant Health Net Federal Services LLC.

Defendant Health Net Federal Services LLC has not served either an answer or a motion for summary judgment. This dismissal is without prejudice. All claims against any other defendants are unaffected by this Notice of Dismissal.

Respectfully Submitted,

 /s/ Joshua A. Engel
Joshua A. Engel (7005769)
Jim Hardin (0056247)
     *Not admitted SD Ohio*
ENGEL & MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
513-445-9600
513-204-1958 fax
engel@engelandmartin.com

### CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system this 16th day of August 2017 upon all counsel of record.

 /s/ Joshua A. Engel
Joshua A. Engel (0075769)